PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Shane Eugene Wisniewski**

**Docket No. 0:01CR00208-1(RHK)**

**Petition on Supervised Release**

COMES NOW **Elizabeth E. Peters**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Shane Eugene Wisniewski** who was sentenced for Production of False U.S. Identification Documents on January 3, 2002, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 22, 2005, Mr. Wisniewski informed this officer he was no longer residing with his father. He stated he was now living between his sibling's home and a friend's home. At this time, he is unemployed and does not have the means to obtain housing.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of up to 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 28th day of __________, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge Sc Donovan W. Frank
c: ~~United States Sentencing~~ Commission

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth E. Peters
U.S. Probation Officer

Executed on February 24, 2005
Place Minneapolis

SCANNED
FEB 28 2005
U.S. DISTRICT COURT ST. PAUL