Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Shane Eugene Wisniewski

Docket No. CR 01-208-01 RHK/JMM

## HEARING WAIVER

I, Shane Eugene Wisniewski, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of up to 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: X [signature]
Shane Eugene Wisniewski
Supervised Releasee

Dated: X 2-22-05

Witness: [signature]
Elizabeth E. Peters
U.S. Probation Officer

SCANNED
FEB 28 2005
U.S. DISTRICT COURT ST. PAUL